# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SAM KRIKORIAN,<br>　　Plaintiff, | )<br>)<br>) |
| v. | ) 　CIVIL ACTION NO. 1:19-00582-KD-N<br>) |
| FORD MOTOR COMPANY,<br>　　Defendant. | )<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 16) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated November 6, 2019, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motion to remand under 28 U.S.C. § 1447(c) (Doc. 10) filed by Plaintiff Sam Krikorian is **DENIED**.

**DONE** and **ORDERED** this the 20th day of December 2019.

　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**