IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAM KRIKORIAN, | * |
| | * |
| Plaintiff, | *  Case No. 1:19-CV-00582-KD-N |
| v. | * |
| | * |
| FORD MOTOR COMPANY, | * |
| | * |
| Defendant. | * |

## NOTICE OF APPEARANCE

**COMES NOW** Kenneth J. Riemer and hereby provides this **NOTICE** of his appearance as additional attorney of record for Plaintiff Sam Krikorian in the above-styled case.

Respectfully submitted this the 29th day of January, 2020.

> */s/ Kenneth J. Riemer*
> KENNETH J. RIEMER (RIEMK8712)
> UNDERWOOD & RIEMER, P.C.
> Attorneys for Plaintiff
> 2153 Airport Boulevard
> Mobile, Alabama 36606
> Phone: (251) 432-9212
> Email: kriemer@alalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **January 29, 2020** a copy of the foregoing pleading has been served by the Court's CM/ECF filing system.

> */s/ Kenneth J. Riemer*
> KENNETH J. RIEMER (RIEMK8712)